UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

LYWAN REED,

            Defendant.

-----------------------------------------------------------X

19-CR-931 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

At a bail hearing on December 30, 2019, Magistrate Judge Aaron set bail at $100,000, among other conditions, and stayed release of the Defendant until 3 p.m. on December 30, 2019. (Doc. 10.) Accordingly, it is:

ORDERED that the stay is extended until the bail appeal can be heard by this court.

SO ORDERED.

Dated: December 30, 2019
      New York, New York

_____
Vernon S. Broderick
United States District Judge