Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

August 14, 2020

**BY ECF**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:     *United States v. Osborne, et al.*, 19 Cr. 931 (WHP)

Dear Judge Pauley:

I am the attorney for Lywan Reed, a defendant in the above-referenced matter. I write to request a temporary modification of the conditions of Mr. Reed's release. Mr. Reed is on home confinement with electronic monitoring. We request permission for Mr. Reed to leave his home on Wednesday, August 19, 2020 from 8:00 am to 8:30 pm to attend a family outing at Great Adventure park in Jackson Township, New Jersey. The gathering would be with immediate family members. I have communicated with both Pretrial Services and the Government about this request. Pretrial Services advises that it does not consent to social activities. The Government advised that it defers to Pretrial.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc:     AUSA Rebecca Dell

Bernisa Mejia
Pretrial Services
(via email)

Application denied.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

August 18, 2020