UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Lywan Reed,

Defendant.

19-cr-931 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

    A change of plea is scheduled in the above-captioned matter for October 21, 2020 at 11:00 a.m.  A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 381569232.

    If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 3070580.

Dated: October 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.