UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                    :          19 CR 931 (WHP)

Lywan Reed,                                                   :          ORDER

               Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The defendant Lywan Reed shall surrender by 11:00 a.m. on October 28, 2020 to the custody of the United States Marshal Service at the U.S. Courthouse at 500 Pearl Street, New York, 10007.  Prior to surrendering, Reed shall report to Pretrial Services for removal of his location monitoring equipment.

Dated:  October 22, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.