UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Lywan Reed,

Defendant.

19-cr-931 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

The sentencing scheduled for May 11, 2021 is adjourned to a date to be determined.

Dated: May 10, 2021
New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.