**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

July 23, 2021

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Lywan Reed, et al.*, 19 Cr. 931 (WHP)

Dear Judge Caproni:

I am the attorney for Lywan Reed, a defendant in the above-referenced matter. This case was transferred to your Honor from Judge Pauley. With the consent of the Government, I write to request an adjournment of Mr. Reed's sentencing, currently scheduled for Tuesday, July 27, 2021 at 2:00 pm. Mr. Reed self-surrendered to MDC Brooklyn on December 15, 2020, to await sentencing. The reason for the request is that I am a member of the trial team in *United States v. Edward Bases, et al.*, 18-CR-48 (N.D. Ill.), a criminal trial in Chicago in the Northern District of Illinois, which is moving more slowly than expected and will extend through at least next week. I request that Mr. Reed's sentencing be adjourned to a date after August 13, 2021, which is when I and the assigned AUSA will both be available. I have communicated with Assistant United States Attorney Rebecca Dell, who has no objection to this request.

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/

Renato C. Stabile

cc:   AUSA Rebecca Dell (via ECF)

Application GRANTED.

Mr. Reed's sentencing, currently scheduled for Tuesday, July 27, 2021 at 2:00 P.M, is hereby adjourned to **Thursday, August 19, 2021 at 11:00 A.M.**

SO ORDERED.

Date: July 23, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE